## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

           **Case No. 04-CR-21**

    **-vs-**

**STEVEN E. WHITING,**

           **Defendant.**

## ORDER

The United States' Motion for Disclosure of Defendant's Financial Affidavit and Any Related Materials is hereby **GRANTED.**

Dated at Milwaukee, Wisconsin, this 30th day of January, 2006.

           **SO ORDERED,**

           **s/ Rudolph T. Randa**
           **HON. RUDOLPH T. RANDA**
           **Chief Judge**